WILLIAM L. GOELTZ, Respondent, *v.* KEEPSDRY CONSTRUCTION COMPANY et al., Appellants, and A. PARDI TILE COMPANY et al., Respondents, Impleaded with Others.

*Goeltz v. Keepsdry Construction Co.,* 177 App. Div. 882, affirmed.

(Submitted January 31, 1919; decided April 15, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 28, 1917, affirming a judgment in favor of plaintiff and defendants, respondents, entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien for work done and materials furnished by plaintiff's assignor in the construction of a public bath in the city of New York under a sub-contract from the Keepsdry Construction Company, the general contractor for such work.

*Joseph M. Proskauer, Carlisle J. Gleason* and *Frederick Mellor* for appellants.

*Joseph Nicchia* and *George P. Foulk* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, POUND, CRANE and ANDREWS, JJ. Not voting: CARDOZO, J.